UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
FEB 2 7 2009

******************************************

CHRISTINA A. HOF, f/k/a/
CHRISTINA A. THOMPSON,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

CIV. 07-4186

JUDGMENT

******************************************

In accordance with the Memorandum Opinion and Order filed on February 24, 2009, with the Clerk,

IT IS ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of Defendant, United States of America, on all of Plaintiff's claims in the Complaint.

Dated this 27th day of February, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
          DEPUTY